Public Defender, Federal Public Defender's Office, San Francisco, CA, for Defendant–Appellant.

D.C. No. 3:10–cr–00455–WHA–1.

### ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge NGUYEN did not participate in the deliberations or vote in this case.

## UNITED STATES of America, Plaintiff–Appellee,

v.

## Marcel Daron KING, Defendant– Appellant.

### No. 11–10182.

United States Court of Appeals, Ninth Circuit.

May 24, 2012.

Melinda Haag, U.S. Attorney, Suzanne Miles, Assistant U.S. Attorney, Barbara Valliere, Assistant U.S. Attorney, Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Barry J. Portman, Federal Public Defender, Daniel Blank, Assistant Federal